**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

IRAMETTA THOMPSON,

          Petitioner

          v.

WORKERS' COMPENSATION APPEAL
BOARD (STIVERS TEMPORARY
PERSONNEL),

          Respondent

:   No. 148 EAL 2015
:
:
:
:   Petition for Allowance of Appeal from
:   the Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:
:

**ORDER**

**PER CURIAM**

    **AND NOW**, this 29th day of September, 2015, the Petition for Allowance of Appeal is **DENIED**.